[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 06-14309

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 21, 2007
THOMAS K. KAHN
CLERK

D. C. Docket No. 06-00025 CR-1-KD-B

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FEDERICO FLORES-ESPINOSA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

**(May 21, 2007)**

Before EDMONDSON, Chief Judge, HULL, Circuit Judge, and FORRESTER,[*]
District Judge.

PER CURIAM:

After review and oral argument, we find no reversible error in the district

_____

[*]Honorable J. Owen Forrester, United States District Judge for the Northern District of
Georgia, sitting by designation.

court's order of April 20, 2006, which denied defendant Federico Flores-Espinosa's motion to suppress. Accordingly, we affirm Flores-Espinosa's conviction.

**AFFIRMED.**